UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE LUIS TEJEDA RUIZ,<br>*Petitioner*,<br>v.<br>TODD BLANCHE, *et al.*,<br>*Respondents.* | HON. ROBERT KIRSCH, U.S.D.J.<br>*Civil Action No.* 26-11036 (RK) |

## NOTICE OF STIPULATION OF DISMISSAL

Respondents Todd Blanche, Markwayne Mullin, David J. Venturella, and Warden of Delaney Hall Detention Center, and Petitioner Jose Luis Tejeda Ruiz, (collectively "the Parties") by and through undersigned Counsel hereby stipulate to dismissal of this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties each agree to bear their own costs, fees, and expenses.

Date: November 17, 2026

Respectfully Submitted,

ROBERT FRAZER
United States Attorney

By: */s Alicia Gonzalez*
ALICIA GONZALEZ
Special Assistant U.S. Attorney
*Attorneys for Respondents*

JOSE LUIS TEJEDA RUIZ
Petitioner

By: */s Jessica Carolina Chicas*
JESSICA CAROLINA CHICAS, Esq.
Chicas Law Firm, LLC
*Attorney for Petitioner*

**It is further ORDERED that the motion pending at ECF No. 13 shall be terminated considering the dismissal of this action under Fed. R. Civ. P. 41(a)(1)(A)(ii).**

**SO ORDERED this 18th day of November, 2026.**

**Robert Kirsch, U.S.D.J.**